## SECOND DEPARTMENT, MAY TERM, 1885.

In the Matter of the Application of the New York, West Shore and Buffalo Railway Company, Appellant, to acquire title to lands of William A. Judson and others, Respondents.— Order of confirmation and the report of the commissioners reversed, and the proceedings remitted to new commissioners to be appointed at Special Term, with costs to abide the final decision. Opinion by Boardman, J.; Follett, J., not sitting.

The People of the State of New York Respondent, v. William V. Haven and another, Appellants. Appeal dismissed. Opinion by Hardin, P. J.

Susan M. Chesbro, Respondent, v. J. Warren Tilden, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

John G. Robinson, Appellant, v Peter B. Mernaugh, and others, Respondents. — Judgment and order of the County Court of Herkimer county affirmed, with costs. Opinion by Boardman, J.

James G Ross v. Samuel P. Wigg.

Same v. Same.

J. Willard Johnson v. Samuel P. Wigg.

Alexander R. Cristie v. Samuel P. Wigg. — So much of the order appealed from as amends the judgment roll and execution in the first action above entitled, and as provides that " such amendment may take effect as of July 24, 1884, and as provides that the judgment and execution should be amended accordingly," is reversed, without prejudice to a motion by either party at Special Term, upon due notice to the receiver and all parties interested in the proceedings and sale had July 23, 1884. So much of the order as allows an amendment of the judgment roll and execution in the action first above entitled, and as provides that such amendment shall take effect July 14, 1884, is reversed. No costs are allowed to either party on this appeal. Opinion by Hardin, P. J.

Marietta A. Morse, Respondent, v. William Ingraham, Appellant. — Judgment of the County Court of Oswego county affirmed, with costs. Opinion by Boardman, J.

Josephine Cornell, Administratrix, Respondent, v. Frances R. Cornell, Appellant. — Judgment reversed and new trial ordered, with costs to abide the event, unless plaintiff stipulates to strike from the verdict and judgment $102 for one yoke of oxen, in which case the judgment, as so modified, is affirmed, without costs of this appeal to either party. Opinion by Hardin, P. J.

Daniel W. Way and others, Respondents, v. Thomas T. Kavanaugh and others Appellants. — Order affirmed, with ten dollars costs and disbursements.

J. Daniel Ackerman v. Marcus Brounstein. — Motion for leave to appeal to the Court of Appeals granted, on the ground that the case involves a question of law that ought to be reviewed by that court.

Elias Walter and another v. William C. Gould.— Motion for reargument denied.

Joseph Falker v. The New York, West Shore and Buffalo Railway Company. — Motion denied, with ten dollars costs. Follett, J., not sitting.

Andrew De Wolf, Respondent, v. John Waterson, Sole Trustee, etc., Appellant. — Motion for reargument denied.

Wealthy Dexter, Appellant, v. Daniel C. Case, Respondent. — Motion for reargument denied.

Same v. Same.— Motion for reargument denied.

Roxana C. Larkins, Respondent, v. Paul C. Maxon, as Administrator, etc., Appellant. — Motion denied. Followed Miller v. Miller (32 Hun, 481).

Julius Johnson, as Executor, etc.. Respondent, v. Harrison Wells, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Follett, J., not sitting.

Syracuse Water Company, Respondent, v. The City of Syracuse, Appellant. — Motion to strike the case from the calendar granted.

Stephen R. Ryan, as Assignee, etc., v. J. Nelson Webb and another. — Motion granted and leave given to execute and serve an undertaking within ten days, upon payment of ten dollars costs of opposing the motion.

The Emma Vacuum Brake Company, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Motion denied, with ten dollars costs. Mem. by Vann, J.

Mary Griffith v. Andrew G. Cady. — Motion granted, with ten dollars costs.

Thomas C. Poole, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant. — Motion for reargument denied, with ten dollars costs.

John F. McCoy, Appellant, v. The Utica and Black River Railroad Company, Respondent. — Motion denied, with ten dollars costs.

Chauncey M. Soule, Appellant, v. Cornelius Mogg, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied.

Rose Ann Spohre, Respondent, v. The Syracuse and Liverpool Plank Road Company.—Motion denied.

Stephen R. Ryan, Appellant, v. Erastus R. Burnham, Re-pondent. — Motion denied.

The Singer Manufacturing Company, Appellant, v. Susan A. Strong, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Naaman W. Porter, Appellant, v. Lewis P. Baker and others, Respondents — Order affirmed, with ten dollars costs and disbursements.

John Van Evera, Appellant, v. Lewis P. Baker and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Joseph Lacy, Respondent, v. Alfred Wilkinson and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Vann, J., not sitting.

Ella A. Wheeler, Respondent, v. Alfred Wilkinson and another, Appellants.— Order affirmed, with ten dollars costs and disbursements.

Joseph Knolt, Appellant, v. Adelaide Townsend, Respondent. — Judgment of the County Court of the county of Oneida affirmed, with costs. Opinion by Kennedy, J.

## SECOND DEPARTMENT, MAY TERM, 1885.

Gerche Koch, Respondent, v. Otto Meyer, Appellant. — Order denying motion to vacate order of arrest affirmed, with costs. Opinion by Barnard, P. J.

Gerche Koch, as Guardian, Respondent, v. Otto Meyer, Appellant. — Order affirmed, with costs. Opinion by Barnard, P. J.

John Segelkin, by Guardian, Respondent, v.

Otto Meyer, Appellant. — Order affirmed, with costs. Opinion by Barnard, P. J.

James A. Russell, Respondent, v. Henry F. Taintor, Appellant. — Judgment affirmed, with costs; papers not submitted according to order. Order reducing referee's fees reversed and fees allowed by clerk affirmed, with costs of the appeal. Order allowing stenographer's